IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KELLY STEVENSON-COTTON, and THE ESTATE OF RONALD GLEN COTTON, JR. | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 3:21-cv-00098 |
| GALVESTON COUNTY, SHERIFF HENRY TROCHESSET, DR. ERIN BARNHART, M.D., DR. GARRY KILLYON, BOON-CHAPMAN BENEFIT ADMINISTRATORS, INC. SOLUTA, INC., SOLUTA HEALTH, INC., TERRY HANELINE, and KATHY WHITE A/K/A KATHY JEAN JORDAN | § § § § § § § § | |

## ORDER GRANTING DEFENDANT GALVESTON COUNTY'S MOTION TO DISMISS

On this day, the Court considered Defendant Galveston County's Motion to Dismiss. Upon consideration of the Motion, the Response and Reply, if any, and applicable law, the Court is of the opinion that the subject Motion is meritorious.

It is therefore ORDERED that Defendant Galveston County's Motion to Dismiss is hereby GRANTED.

Defendant Galveston County is hereby DISMISSED with prejudice such that Plaintiff may take nothing against it in the above-captioned lawsuit. Each side shall bear their own costs pursuant to this dismissal.

Further, the Court EXERCISES its Supplemental Jurisdiction and DISMISSES any and all state law claims relating to the events giving rise to this lawsuit.

Signed this _____ day of _____, 2021.

_____
HONORABLE JUDGE PRESIDING