IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KELLY STEVENSON-COTTON, | § | |
| and THE ESTATE OF RONALD | § | |
| GLEN COTTON, JR. | § | |
| VS. | § | |
| GALVESTON COUNTY, SHERIFF | § | |
| HENRY TROCHESSET, DR. ERIN | § | |
| BARNHART, M.D., DR. GARRY | § | CIVIL ACTION NO. 3:21-cv-00098 |
| KILLYON, BOON-CHAPMAN | § | JURY DEMANDED |
| BENEFIT ADMINISTRATORS, | § | |
| INC. | § | |
| SOLUTA, INC., SOLUTA HEALTH, | § | |
| INC., TERRY HANELINE, and | § | |
| KATHY WHITE A/K/A KATHY | § | |
| JEAN JORDAN | § | |

## ORDER

On this day the court considered Defendant Galveston County's Motion to Dismiss [Dkt. 9] for Failure to State a Claim under Rule 12(b)(6) Finding that the Motion is without merit, it is DENIED.

SIGNED at Galveston, Texas on_____ , 2021.

_____
**UNITED STATES MAGISTRATE JUDGE
ANDREW EDISON**