United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVENSON-COTTON, *et al.*, | § § § | |
| *Plaintiffs*, | § | |
| VS. | § § | NO. 3:21-cv-98 |
| GALVESTON COUNTY, *et al.*, | § § § | |
| *Defendants*. | § | |

# ORDER

The court hereby orders the parties in this case to submit to and participate in a settlement conference before United States Magistrate Judge Andrew M. Edison. There will be no cost to either party and the conference will be conducted over Zoom. Each party is ordered to participate in good faith and to include a representative at the conference who has full authority to negotiate a settlement. The conference must be completed by October 13, 2022. The parties should contact Judge Edison's case manager, Ruben Castro, to schedule the conference.

Signed on Galveston Island this 14th day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE