United States District Court
Southern District of Texas
**ENTERED**
September 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KELLY STEVENSON-COTTON, and THE ESTATE OF RONALD GLEN COTTON, JR. | § § § | |
| VS. | § | |
| GALVESTON COUNTY, SHERIFF HENRY TROCHESSET, DR. ERIN BARNHART, M.D., DR. GARRY KILLYON, BOON-CHAPMAN BENEFIT ADMINISTRATORS, INC. SOLUTA, INC., SOLUTA HEALTH, INC., TERRY HANELINE, and KATHY WHITE A/K/A KATHY JEAN JORDAN | § § § § § § § § § § § | CIVIL ACTION NO. 3:21-cv-00098 |

## ORDER

On this day the court considered Defendant Sheriff Henry Trochesset's motion to dismiss [Dkt. 10]. Finding that the motion is without merit, it is DENIED.

SIGNED on Galveston Island this 21st day of September, 2022.

_____
**JEFFREY VINCENT BROWN**
**UNITED STATES DISTRICT JUDGE**